**DATE 7/10/2015**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 1:22:47 PM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

TO:     14TH  COURT OF APPEALS

From:   **Deputy Clerk: PHYLLIS WASHINGTON**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE: 2004-41286**

**VOLUME _____ PAGE _____ OR IMAGE # 65648713**

**DUE 8/03/2015 ATTORNEY 03277975**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED: 6-2-15**

**MOTION FOR NEW TRIAL DATE FILED NONE**

**REQUEST TRANSCRIPT DATE FILED NONE**

**NOTICE OF APPEAL DATE FILED 07-02-15**

**NUMBER OF DAYS: ( CLERKS RECORD ) 60**
**FILE ORDERED: YES ☐ NO ☐ IMAGED FILED: YES ☐ NO ☐**

**CODES FOR NOTICE OF APPEAL: BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By: /s/PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON , Deputy**

BC     **NOTICE OF APPEAL FILED**
BG     **NOTICE OF APPEAL FILED – GOVERNMENT**
C      **JUDGMENT BEING APPEALED**
D -    **ACCELERATED APPEAL**
OA     **NO CLERK'S RECORD REQUEST FILED**
O      **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)**
NA     **AMENDED NOTICE OF APPEAL**

CAUSE NO. 2004-41,286

| | | |
|---|---|---|
| TURBINE RESOURCES UNLIMITED, INC. | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| v. | § § | |
| TOM GEORGE & INTERNATIONAL A, INC. | § § | OF HARRIS COUNTY, TEXAS |
| *Defendants.* | § § | |
| and | § | |
| JENNIFER MITCHELL, INTERVENOR | § | 61ST JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Intervenors Jennifer Mitchell and TCSM, LLC give notice of their intent to appeal a final order in this case pursuant to Tex. R. App. P. 28.1.

1.      This is an appeal from an Order Allowing Sale signed on June 2, 2015 in Cause No. 2004-41286, styled *Turbine Resources Unlimited, Inc., plaintiff v. Tom George & International A, Inc., defendants and Jennifer Mitchell, Intervenor;* in the 61st District Court of Harris County, Texas in favor of Plaintiff and Receiver Riecke Baumann against Defendants and prejudicial to Intervenors Jennifer Mitchell and TCSM, LLC.

2.      Intervenors desire to appeal this judgment to either the First or Fourteenth Court of Appeals, Harris County, Texas. There is presently a related Interlocutory Appeal filed in the Fourteenth Court of Appeals under cause number 14-15-00417-CV.

3.      This Notice of Appeal is timely pursuant to Tex. R. App. P. 26.1(c).

4.      This appeal is filed on behalf of all Intervenors (Intervenor Jennifer Mitchell and Intervenor TCSM, LLC).

## PRAYER

WHEREFORE, Intervenors pray that the Court reverse the judgment previously entered herein and remand the case for a new trial against Plaintiff and Receiver on all claims raised herein, and grant Intervenors such other and further relief at law or in equity to which this court deems they may be justly entitled.

Respectfully submitted,

**BRYANT LAW**

/s/ W. Joel Bryant
W. Joel Bryant
State Bar No. 03277975
joel@bryantlaw.net
T. Kyle Bryant
State Bar No. 24078278
kyle@bryantlaw.net
P.O. Box 53587
Houston, Texas 77052
713-227-7377
713-227-7977 (FACSIMILE)
**ATTORNEYS FOR INTERVENORS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served this 2nd day of July, 2015 by facsimile transmission upon all counsel of record.

Famose Garner
10101 Southwest Fwy, Ste. 400
Houston, Texas 77074
famosegarner@gmail.com

Owen Sonik
Perdue Brandon Fielder Collins &
Mott, LLP
1235 North Loop West, Ste. 600
Houston, Texas 77008
(713) 862 - 1429 (f)
osonik@pbfcm.com

Brendetta Scott
Hoover Slovacek
5051 Westheimer, Ste. 1200
Houston, Texas 77056
(713) 977-5395 (f)
scott@hooverslovacek.com

Riecke Baumann
P.O. Box 131647
Houston, Texas 77219
riecke@texascollect.com

Alan R. Cervenka
702 Stonewall dr.
Richmond, Texas 77469
cervenka2001@aol.com

/s/ W. Joel Bryant
W. Joel Bryant

5/12/2015 8:56:18 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 5241275
By: KIRBY, TERESA A
Filed: 5/12/2015 8:56:18 AM

Pgs-3

SALPX

2004-41,286 61st

| Turbine Resources Unlimited, Inc. | ✦ | In The District Court |
|---|---|---|
| Versus | ✦ | 61st Judicial District |
| Tom George and International A, Inc. | ✦ | Harris County, Texas |

## Order Allowing Sale

It is ordered that Receiver, Riecke Baumann, may sell to plaintiff, Turbine Resources Unlimited, Inc., 1056 Route East, West Winfield, NY 13491, for $50,000, the items and inventory that were seized in place at Mike Elliott's warehouse in Conroe, Texas including:

The items listed, below;

| | **Item** | **Type** | **Decription** |
|---|---|---|---|
| 1 | Rotor | Box | PGT – S/N M33668 |
| 2 | Row 2 nozzel | Pallet | D/K model? |
| 3 | Blade Ring | Pallet | Half section 501AA |
| 4 | Stub shaft | Pallet | Fwd compressor Frame 5 |
| 5 | Gears/Fuel nozzles | Box | Misc mix |
| 6 | Combustion cans – ten | Pallets | With flowsleeves, 7EA type |
| 7 | Row 2 shrouds | Pallet | 6B, partial set |
| 8 | F3 R2 buckets | Box | Not repaired |
| 9 | R-0 blades | Box | Partial set – 7FA |
| 10 | Fuel pump | Box | Roper |
| 11 | Compressor blades | Box | 2 boxes, mixed |
| 12 | F3R1 buckets | Box | Not repaired |
| 13 | Fuel nozzles assemblies | Pallet | Unknown |

{372001-0000} CMT 4/21/2015 00959191.DOC 1}

| 14 | Vanes | Pallet | 9 each, typle unknown |
|----|-------|--------|----------------------|
| 15 | Turbine wheel | Pallet | Type unknown |
| 16 | Flow sleeves | Box | Ten, tow boxes. 7EA |
| 17 | Row 2 blades | Box | 501 – type unknown |
| 18 | Row 1 blades | Box | 501 – type unknown |
| 19 | Compressor blade rings | Pallet | F7 – type unknown |
| 20 | Diaphragm half | Pallet | Frame S, half – matches nozzle above |
| 21 | Compressor blade rings | Pallet | F7 – type unknown |
| 22 | Vane segments | Pallet | 251? |
| 23 | Vane segments | Pallet | 251? – ten each |
| 24 | Clamshells | Pallet | 2 pallets |
| 25 | Row 1 nozzle | Pallet | Frame 5 2 shaft |
| 26 | Core plubs | Pallet | Misc mix – type unknown, used |
| 27 | Compressor blades | Pallet | Row 17 rotor |
| 28 | Row 2 buckets | Box | Frame 5 tire wire, used, not repaired |
| 29 | Row 5 blades | Box | 191, partial set |
| 30 | R-O blades | Pallet | Partial set – 7FA |
| 31 | Fuel nozzles assemblies | Box | Type unknown |

Pallet stackers and scale; and

One goosenecked trailer, seized at 2121 Brittmoore.

The Court approves the previous sales of furniture, office equipment, and the Ford F-150 that were seized at 2121 Brittmoore.

Signed, _____, 2015
Signed: _Bob T Woodridge_
6/2/2015
_____
Presiding Judge

```
JURN7 (NSA#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      JUL 14, 2015(C1)
INT6510                    CIVIL CASE INTAKE               OPT: _____ - INT
                         GENERAL PARTY INQUIRY             PAGE:   1 -    3

CASE NUM: 200441286__ PJN> __  TRANS NUM: _____ CURRENT COURT: 61  PUB? _
CASE TYPE: DEBT/CONTRACT - OTHER          CASE STATUS: CASE ON APPEAL
STYLE: TURBINE RESOURCES UNLIMITED INC   VS INTERNATIONAL A INC
===============================================================================
                        **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME             PTY   ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00010-0002 XPL 03277975 TCSM L L C                      BRYANT, W. JO
_     00008-0003 XPL 03277975 MITCHELL, JENNIFER             BRYANT, W. JO
_     00001-0002 XDF           TURBINE RESOURCES UNLIMITED IN
_     00010-0001 IVP 03277975 TCSM L L C                      BRYANT, W. JO
_     00010-0001 PVA 24083617 PARDO, JOEL
_     00008-0002 IVP 03277975 MITCHELL, JENNIFER             BRYANT, W. JO
_     00008-0002 PVA 24083617 PARDO, JOEL
_     00002-0003 IVD           INTERNATIONAL A INC

==> (19) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.   10=REFRESH   11=HELP
```

CASE NUM: 200441286__ PJN> __  TRANS NUM: _____ CURRENT COURT: 61  PUB? _
CASE TYPE: DEBT/CONTRACT - OTHER         CASE STATUS: CASE ON APPEAL
STYLE: TURBINE RESOURCES UNLIMITED INC   VS INTERNATIONAL A INC
==============================================================================
                        **** INACTIVE PARTIES ****
 PJN  PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
 NUM   NUMBER                                           STAT
_    00009-0001 IVP 18847250 SPRING BRANCH INDEPENDENT SCHO    SONIK, OWEN M
_    00003-0002 IVD          GEORGE, TOM
_    00002-0002 IVD          INTERNATIONAL A INC
_    00008-0001 AGT          MITCHELL, JENNIFER
_    00007-0001 MAS 01931700 BAUMANN, RIECKE
_    00006-0001 RCV 01931700 BAUMANN, RIECKE
_    00005-0001 PCV 17736640 SCHEINTHAL, ALAN R.
_    00004-0001 AGT          INTERNATIONAL A INC (TEXAS COR

==> (19) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.   10=REFRESH    11=HELP

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM      JUL 14, 2015(C1)
INT6510                  CIVIL CASE INTAKE                OPT: _____ -  INT
                       GENERAL PARTY INQUIRY             PAGE:    3 -    3

CASE NUM: 200441286__ PJN> __  TRANS NUM: _____ CURRENT COURT: 61  PUB? _
CASE TYPE: DEBT/CONTRACT - OTHER        CASE STATUS: CASE ON APPEAL
STYLE: TURBINE RESOURCES UNLIMITED INC   VS INTERNATIONAL A INC
===========================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME            PTY    ASSOC. ATTY
  NUM   NUMBER                                        STAT
_     00003-0001 DEF 20249500 GEORGE, TOM                    TRUEHEART, JO
_     00002-0001 DEF 20249500 INTERNATIONAL A INC            TRUEHEART, JO
_     00001-0001 PLT 24037006 TURBINE RESOURCES UNLIMITED IN LUTZ, ANGELA



==> (19) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```